UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:21-cv-08742-FWS-JC                                              Date: August 9, 2023
Title: Michael Glasman v. Schneider Electric IT USA, Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Melissa H. Kunig  | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                           Attorneys Present for Defendants:

Not Present                                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATUS REPORT**

On June 6, 2023, the court ordered the parties to file a joint status report regarding the status of the settlement in this action every thirty (30) days. (Dkt. 40 at 2.) The court received the first such status report on July 6, 2023. (Dkt. 41.) However, the court has not received the subsequent joint status report as of the date of this Order, (*see generally* Dkt.), which was due on August 5, 2023 per the court's previous Order.

Accordingly, the court **ORDERS** the parties to show cause, in writing, why monetary sanctions should not issue for failing to timely comply with the court's order **on or before August 25, 2023**. *See* Fed. R. Civ. P. 16(f). The court may discharge this Order if the parties file the previously-ordered joint status report regarding the status of the settlement in this matter **on or before August 25, 2023.**

**IT IS SO ORDERED.**

Initials of Deputy Clerk: mku